The People of the State of New York, Respondent, 
against
Melvin DeJesus, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Diana M. Boyar, J.), rendered January 7, 2014, after nonjury trial, convicting him of attempted criminal possession of a controlled substance in the seventh degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Diana M. Boyar, J.), rendered January 7, 2014, affirmed.
The court properly denied defendant's suppression motion. There is no basis for disturbing the hearing court's credibility determinations, which are supported by the record (see People v Prochilo, 41 NY2d 759, 761 [1977]; People v Martin, 112 AD3d 453, 454 [2013]). The police had probable cause to arrest defendant for harassment in the second degree (see Penal Law § 240.26), disorderly conduct (see Penal Law § 240.20), or both. Defendant's pattern of conduct, after his removal from a bus in New Jersey for violent and threatening conduct towards the driver, including following the driver into a restricted area inside the New York Port Authority Bus Terminal, moving towards the driver in an aggressive manner and yelling "I know how to find you ... don't think I don't know how to get to you;" and refusing to comply when directed to leave the restricted area, prompting the officer to "restrain" him, placed the driver in reasonable fear of physical injury (see Matter of Gquan D., 110 AD3d 473 [2013]), and intentionally or recklessly created a risk of a potential or immediate public problem (see People v Weaver, 16 NY3d 123, 128 [2011]; see also People v Bigelow, 66 NY2d 417, 423 [1985])
Since the police had the requisite probable cause to arrest defendant, the subsequent recovery of drugs on defendant's person during a search incident to that arrest was proper (see People v Perry, 102 AD3d 472, 472-473 [2013], lv denied 20 NY3d 1102 [2013]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 26, 2018